GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
*Attorneys for EB Holdings II, Inc.*

K&L GATES LLP
THOMAS E. BIRSIC, ESQ.
(Admitted *Pro Hac Vice*)
Email: thomas.birsic@klgates.com
PAUL C. FUENER, ESQ.
(Admitted *Pro Hac Vice*)
Email: paul.fuener@klgates.com
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Tel: (412) 355-6500

GHANDI DEETER BLACKHAM
SHARA L. LARSON, ESQ.
Nevada Bar No. 7786
Email: shara@ghandilaw.com
725 S. 8th St., Suite 100
Las Vegas, Nevada 89101
Tel: (702) 878-1115
*Attorneys for QXH II, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor.<br><br>―――――――――――――――――<br>EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN<br><br>Adv. Pro. No. 20-01010-MKN<br><br>**Case No. 2:20-cv-000564-RFB-DJA**<br><br><br><br>**STIPULATED ORDER WITHDRAWING PENDING MOTION AND CLOSING CASE** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Plaintiffs"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Arch Insurance Company ("Arch"), by and through its counsel, the law firm of Foley & Lardner LLP, as follows:

WHEREAS on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"), thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the Bankruptcy Court, thereby commencing adversary proceeding no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 20, 2020, Arch filed *Arch Insurance Company's Notice of Motion and Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d); Memorandum of Points and Authorities* [ECF No. 1] (the "Motion to Withdraw the Reference").

WHEREAS, on April 28, 2018, the *Stipulation Dismissing Defendant Arch Insurance Company Without Prejudice, Withdrawing Pending Motions, and Vacating Hearing* (the "Stipulation") was filed in the Adversary.  The Stipulation, attached hereto as Exhibit 1, provided for the withdrawal of the Motion to Withdraw the Reference and a related pleading and for the dismissal of the Plaintiffs' claims against Arch *without prejudice*.

WHEREAS, the Stipulation was approved by entry of the Order of the Bankruptcy Court on April 29, 2020 (the "Dismissal Order").  A copy of the Dismissal Order is attached hereto as Exhibit 2.

NOW, THEREFORE, the Plaintiffs and Arch hereby stipulate and agree that the Motion to Withdraw the Reference is hereby withdrawn and case number 2:20-cv-00564-RFB-DJA may be closed, with the parties to bear their own fees and costs.

Dated this 29th day of April, 2020.

| | |
|---|---|
| GARMAN TURNER GORDON LLP | K&L GATES LLP |
| By: */s/ Talitha Gray Kozlowski*<br>    GREGORY E. GARMAN, ESQ.<br>    TALITHA GRAY KOZLOWSKI, ESQ.<br>    TERESA M. PILATOWICZ, ESQ.<br>    7251 Amigo Street, Suite 210<br>    Las Vegas, Nevada 89119<br>    *Attorneys for EB Holdings II, Inc.* | By: */s/ Paul C. Fuener*<br>    THOMAS E. BIRSIC, ESQ.<br>    PAUL C. FUENER, ESQ.<br>    K&L Gates Center<br>    210 Sixth Avenue<br>    Pittsburgh, Pennsylvania 15222<br><br>GHANDI DEETER BLACKHAM<br>    SHARA L. LARSON, ESQ.<br>    725 S. 8th Street, Suite 100<br>    Las Vegas, Nevada 89101<br>    *Attorneys for QXH II, Inc.* |
| FOLEY & LARDNER LLP | |
| By: */s/ Kimberly A. Klinsport*<br>    THOMAS F. CARLUCCI, ESQ.<br>    ELIEEN R. RIDLEY, ESQ.<br>    555 California Street, Suite 1700<br>    San Francisco, California 94104<br><br>    KIMBERLY A. KLINSPORT, ESQ.<br>    555 S. Flower Street, Suite 3300<br>    Los Angeles, California 90017<br>    *Attorneys for Arch Insurance Company* | |

## ORDER

The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing therefore, HEREBY ORDERS that: (1) the Motion to Withdraw Reference is withdrawn; and (2) case number 2:20-cv-00564-RFB-DJA is hereby closed, with the parties to bear their own fees and costs.

IT IS SO ORDERED this 17th day of June, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>Email: ggarman@gtg.legal<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>Nevada Bar No. 9040<br>Email: tgray@gtg.legal<br>TERESA M. PILATOWICZ, ESQ.<br>Nevada Bar No. 9605<br>Email: tpilatowicz@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>*Attorneys for EB Holdings II, Inc.* | K&L GATES LLP<br>THOMAS E. BIRSIC, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: thomas.birsic@klgates.com<br>PAUL C. FUENER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: paul.fuener@klgates.com<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Tel: (412) 355-6500<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email: shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel: (702) 878-1115<br>*Attorneys for QXH II, Inc.* |

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>           Debtor. | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN |
| EB HOLDINGS II, INC. and QXH II, INC.,<br><br>           Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY,<br><br>           Defendants. | Adv. Pro. No. 20-01010-MKN<br><br><br><br>**STIPULATION DISMISSING DEFENDANT ARCH INSURANCE COMPANY WITHOUT PREJUDICE, WITHDRAWING PENDING MOTIONS, AND VACATING HEARING** |

IT IS HEREBY STIPULATED and AGREED, by and between Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Plaintiffs"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Arch Insurance Company ("Arch"), by and through its counsel, the law firm of Foley & Lardner LLP, as follows:

WHEREAS on September 30, 2019, EBH filed its Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Nevada, thereby commencing chapter 11 case no. 19-16364-MKN.

WHEREAS, on January 16, 2020, EBH and QXH II filed a *Complaint* in the United States Bankruptcy Court for the District of Nevada, thereby commencing this adversary proceeding, adversary no. 20-01010-MKN (the "Adversary").

WHEREAS, on March 24, 2020, Arch filed its *Amended Notice of Motion and Motion to Dismiss Arch Insurance Company for Failure to State a Claim and Lack of Subject Matter Jurisdiction and Personal Jurisdiction; Memorandum of Point and Authorities in Support Thereof* [ECF No. 115] (the "Motion to Dismiss").

WHEREAS, the Motion to Dismiss is scheduled for hearing on May 12, 2020, at 9:30 a.m.

WHEREAS, on March 20, 2020, Arch filed *Arch Insurance Company's Notice of Motion and Motion to Withdraw Reference of Adversary Proceeding Pursuant to 28 U.S.C. § 157(d); Memorandum of Points and Authorities* [ECF No. 100] (the "Motion to Withdraw the Reference"),[1] thereby commencing District Court case number 2:20-cv-00564-RFB-DJA.

WHEREAS, the Plaintiffs and Arch have agreed to dismiss Arch from the Adversary *without prejudice* and to vacate all pending matters by and between them, with each party to bear its own attorneys' fees and costs.

NOW, THEREFORE, subject to entry of an Order approving this Stipulation, the Plaintiffs and Arch hereby stipulate and agree as follows:

---

[1] A similar stipulated order is being filed in case number 2:20-cv-00564-RFB-DJA, pending in the United States District Court for the District of Nevada.

1. Arch withdraws its Motion to Dismiss [ECF No. 115] and Motion to Withdraw the Reference [ECF No. 100];

2. The May 12, 2020 hearing on the Motion to Dismiss may be vacated.

3. The Plaintiffs' claims against Arch filed in this Adversary are dismissed *without prejudice*; and

4. The Plaintiffs and Arch shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary.

Dated this 28th day of April, 2020.

| GARMAN TURNER GORDON LLP | K&L GATES LLP |
|---|---|
| By: */s/ Talitha Gray Kozlowski*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for EB Holdings II, Inc.* | By: */s/ Paul C. Fuener*<br>THOMAS E. BIRSIC, ESQ.<br>PAUL C. FUENER, ESQ.<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>725 S. 8th Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for QXH II, Inc.* |

FOLEY & LARDNER LLP

By: */s/ Kimberly A. Klinsport*
THOMAS F. CARLUCCI, ESQ.
ELIEEN R. RIDLEY, ESQ.
555 California Street, Suite 1700
San Francisco, California 94104

KIMBERLY A. KLINSPORT, ESQ.
555 S. Flower Street, Suite 3300
Los Angeles, California 90017
*Attorneys for Arch Insurance Company*

# EXHIBIT 2

# EXHIBIT 2




Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 29, 2020

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GREGORY E. GARMAN, ESQ.<br>Nevada Bar No. 6654<br>Email: ggarman@gtg.legal<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>Nevada Bar No. 9040<br>Email: tgray@gtg.legal<br>TERESA M. PILATOWICZ, ESQ.<br>Nevada Bar No. 9605<br>Email: tpilatowicz@gtg.legal<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000<br>*Attorneys for EB Holdings II, Inc.* | K&L GATES LLP<br>THOMAS E. BIRSIC, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: thomas.birsic@klgates.com<br>PAUL C. FUENER, ESQ.<br>(Admitted *Pro Hac Vice*)<br>Email: paul.fuener@klgates.com<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Tel: (412) 355-6500<br><br>GHANDI DEETER BLACKHAM<br>SHARA L. LARSON, ESQ.<br>Nevada Bar No. 7786<br>Email: shara@ghandilaw.com<br>725 S. 8th St., Suite 100<br>Las Vegas, Nevada 89101<br>Tel: (702) 878-1115<br>*Attorneys for QXH II, Inc.* |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>EB HOLDINGS II, INC.,<br><br>Debtor.<br><hr>EB HOLDINGS II, INC. and QXH II, INC.,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS NATIONAL INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, FEDERAL INSURANCE COMPANY, BEAZLEY INSURANCE COMPANY, INC., AXIS INSURANCE COMPANY, ACE | Chapter 11<br><br>Case No.: BK-S-19-16364-MKN<br><br>Adv. Pro. No. 20-01010-MKN<br><br>**ORDER DISMISSING DEFENDANT ARCH INSURANCE COMPANY WITHOUT PREJUDICE, WITHDRAWING PENDING MOTIONS [ECF NOS. 100 and 115], AND VACATING HEARING**<br><br>**Vacated Hearing Date and Time:**<br>**May 12, 2020, at 9:30 a.m.** |

|   |   |
|---|---|
| 1 | AMERICAN INSURANCE COMPANY, IRONSHORE INDEMNITY INC., FREEDOM SPECIALTY INSURANCE COMPANY, ARCH INSURANCE COMPANY and ASPEN SPECIALTY INSURANCE COMPANY, |
| 2 |   |
| 3 |   |
| 4 |   |
|   | Defendants. |

Plaintiffs EB Holdings II, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, QXH II, Inc. ("QXH II," and together with EBH, the "Plaintiffs"), by and through its counsel, the law firms of K&L Gates LLP and Ghandi Deeter Blackham, and Arch Insurance Company ("Arch"), by and through its counsel, the law firm of Foley & Lardner LLP, entered into that certain *Stipulation to Dismiss Arch Insurance Company Without Prejudice, Withdrawing Pending Motions, and Vacating Hearing* (the "Stipulation").[1] Good cause appearing therefore;

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS FURTHER ORDERED** that Arch's Motion to Dismiss [ECF No. 115] and Motion to Withdraw the Reference [ECF No. 100] are withdrawn.

**IT IS FURTHER ORDERED** that the May 12, 2020 hearing on the Motion to Dismiss is vacated.

**IT IS FURTHER ORDERED** that the Plaintiffs' claims against Arch filed in this Adversary are dismissed *without prejudice.*

**IT IS FURTHER ORDERED** that the Plaintiffs and Arch shall each bear their own attorneys' fees and costs incurred to date with respect to the Adversary.

**IT IS SO ORDERED.**

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Stipulation.

| | | |
|---|---|---|
| 1 | GARMAN TURNER GORDON LLP | K&L GATES LLP |
| 2 | | |
| 3 | By: /s/Talitha Gray Kozlowski | By: /s/ Paul C. Fuener |
| | GREGORY E. GARMAN, ESQ. | THOMAS E. BIRSIC, ESQ. |
| 4 | TALITHA GRAY KOZLOWSKI, ESQ. | PAUL C. FUENER, ESQ. |
| | TERESA M. PILATOWICZ, ESQ. | K&L Gates Center |
| 5 | 7251 Amigo Street, Suite 210 | 210 Sixth Avenue |
| | Las Vegas, Nevada 89119 | Pittsburgh, Pennsylvania 15222 |
| 6 | *Attorneys for EB Holdings II, Inc.* | |
| 7 | | GHANDI DEETER BLACKHAM |
| | | SHARA L. LARSON, ESQ. |
| 8 | | 725 S. 8th Street, Suite 100 |
| | FOLEY & LARDNER LLP | Las Vegas, Nevada 89101 |
| 9 | | *Attorneys for QXH II, Inc.* |
| 10 | | |
| 11 | By: /s/ Kimberly A. Kilnsport | |
| | THOMAS F. CARLUCCI, ESQ. | |
| | ELIEEN R. RIDLEY, ESQ. | |
| 12 | 555 California Street, Suite 1700 | |
| | San Francisco, California 94104 | |
| 13 | | |
| | KIMBERLY A. KLINSPORT, ESQ. | |
| 14 | 555 S. Flower Street, Suite 3300 | |
| | Los Angeles, California 90017 | |
| 15 | *Attorneys for Arch Insurance Company* | |